**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL CASE NO. 10-7-DLB-EBA-9**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**


**vs.**                                      **ORDER ADOPTING**
                                    **REPORT AND RECOMMENDATION**


**CHARLES NELSON MONROE ISON**                              **DEFENDANT**

*        *        *        *        *        *        *

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge, wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of twelve (12) months imprisonment, with no supervised release to follow (Doc. # 279).   During the final revocation hearing conducted by Magistrate Judge Atkins on February 5, 2015, Defendant admitted to violating the conditions of his supervised release as set forth in the January 13, 2015 Supervised Release Violation Report.   (*Id.* at 1).   Defendant has filed a timely objection to the R&R (Doc. # 282), asking the Court to impose a sentence of twelve (12) months and one (1) day so that he may be eligible for good time credits.   No response having been filed to Defendant's Objection, and the time for such filing having now expired, the R&R and the Objection are ripe for the Court's review.

Having reviewed the R&R and Defendant's Objection, and Court concluding that the R&R is sound in all respects, and being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

1.      The Report and Recommendation (Doc. # 279) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2.      Defendant is found to have **VIOLATED** the terms of his supervised release;

3.      Defendant's supervised release is hereby **REVOKED**;

4.      Defendant's Objection to the Report and Recommendation (Doc. # 282) is hereby **SUSTAINED**;

5.      Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **twelve (12) months and one (1) day**, with no supervised release to follow and with the recommendation that **his sentence be served at FCI Ashland, if possible**; and

6.      A Judgment shall be entered concurrently herewith.

This 23rd day of March, 2015.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2010\10-7-9 Order Adopting R&R (2).wpd

2